MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
Timothy.lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GARY TOLTZIS,<br><br>Defendant. | No. CR 14 – 0567 RMW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DETENTION HEARING<br><br>SAN JOSE VENUE |

WHEREAS, a detention hearing is currently scheduled on Tuesday, December 9, 2014, at 1:30pm before the Honorable Howard R. Lloyd;

WHEREAS, the defense has been advised that the mental health evaluation previously requested by Pretrial Services, and ordered by the Court has yet to be completed;

WHEREAS, the defense further understands that the report as to that mental health evaluation is not expected to be available until, at the earliest, Friday, December 19, 2014;

WHEREAS, the defense is agreeable to a further waiver of time for the conduct of a detention hearing and in fact agrees to waive time for a such hearing, pursuant to 18 U.S.C. § 3142, and instead

requests that the detention hearing be continued until the underlying, pending report is available, now expected on Friday, December 19, 2014, such the defense requests, and the Government does object to having the detention hearing continued from Tuesday, December 9, 2014, at 1:30 p.m.. until Friday, December 19, 2014, at 1:30 p.m., before the duty Magistrate Judge, a date which is available on the Court's calendar.

THEREFORE, the parties mutually agree, stipulate, and agree that the detention hearing in this matter be continued until **Friday, December 19, 2014, at 1:30 p.m., before the duty Magistrate Judge.**

DATED: December 8, 2014

/s/
ALBIE BENJAMIN JACHIMOWICZ
Attorney for ROBERT GARY TOLTZIS

DATED: December 8, 2014

MELINDA HAAG
United States Attorney

/s/
TIMOTHY J. LUCEY
Assistant United States Attorney

**IT IS SO ORDERED.**

**DATED:** 12/8/14

**HON. HOWARD R. LLOYD**
**United States Magistrate Judge**