1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       FAX: (408) 535-5066
        Timothy.lucey@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA,         )  No. CR 14 – 0567 RMW
                                       )
14 |      Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
                                       )
15 |   v.                              )
                                       )
16 | ROBERT GARY TOLTZIS,              )
                                       )
17 |                                   )
          Defendant.                   )
18                                     )
                                       )
19                                     )
                                       )
20

21      WHEREAS, the Court has set a hearing for defendant's Motion to Dismiss Counts 2 and 3 of the

22 Indictment, and requested a hearing date on said motion of Monday, November 16, 2015, at 9:00 a.m.,

23 before the Honorable Ronald M. Whyte;

24      WHEREAS, the parties have met and conferred about an potential resolution of this motion as

25 part of a resolution of the matter short of trial;

26      WHEREAS, the parties have discussed resetting the hearing for approximately 60 days along

27 with a reset to the schedule for briefing on this motion to allow sufficient time for both parties to

28 complete briefing on the issues raised and for the Court to receive and consider all such filings in

STIPULATION AND [PROPOSED] ORDER

1  advance of a hearing on this motion;

2  WHEREAS, the parties therefore agree that the United States may file its opposition to the
3  aforesaid motion on or before **December 16, 2015**, with the defendant to file a reply, if any, on or before
4  **December 30, 2015**, with a hearing on the defendant's motion to follow before this Court during its
5  regular criminal calendar on **January 11, 2016, at 9:00 a.m.**

6  **IT IS SO STIPULATED.**

7  DATED: October 20, 2015                                  Respectfully submitted,

8                                                                             BRIAN J. STRETCH
                                                                               Acting United States Attorney
9

10
                                                                               /s/
11                                                                             TIMOTHY J. LUCEY
                                                                               Assistant United States Attorney
12

13  DATED: October 20, 2015                                 Respectfully submitted,

14

15                                                                             /s/
                                                                               RICHARD POINTER
16                                                                             ALBIE JACHIMOWICZ
                                                                               Attorneys for Defendant
17                                                                             RICHARD GARY TOLTZIS

18  **IT IS SO ORDERED.**

19

20  DATED:  10/22/2015

21                                                                             *Ronald M. Whyte*
                                                                               HON. RONALD M. WHYTE
22                                                                             United States District Court